UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Joseph P. Matteson ) | |
| ) | |
| v. ) | C.A. 13-698-M |
| ) | |
| Carolyn W. Colvin, ) | |
| Acting Commissioner of the Social ) | |
| Secuirty Administration ) | |

## ORDER

The Report and Recommendation of United States Magistrate Lincoln D. Almond dated September 11, 2014 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Motion to Reverse the Decision of the Commissioner is DENIED and the Defendant's Motion to Affirm the Decision of the Commissioner is GRANTED.

BY ORDER:

  /s/ John J. McConnell, Jr.
John J. McConnell, Jr.
United States District Judge
October 1, 2014